UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN AMBERS,

    Plaintiff,

  v.

TED WILSON *et al.*,

    Defendants.

Case No. C05-5215RBL

ORDER

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has filed a motion asking the court to allow Darnell McGary to proceed as a co-plaintiff in this case. (Dkt. # 5).

    Multi plaintiff litigation when the plaintiffs are pro se presents unique challenges and problems which are illustrated by the complaint filed in this action. The original complaint named two plaintiffs, but, only one party signed the document and only one party filed for *in forma pauperis* status. In light of the procedural difficulties already encountered the motion is **DENIED.**

    The Clerk is directed to send a copy of this Order to plaintiff.

    DATED this 21st day of April, 2005.

                           */S/ J. Kelley Arnold*
                            J. Kelley Arnold
                            United States Magistrate Judge

ORDER